1  Kevin P.B. Johnson (SBN 177129)
   kevinjohnson@quinnemanuel.com
2  Victoria F. Maroulis (SBN 202603)
   victoriamaroulis@quinnemanuel.com
3  Andrew M. Holmes (SBN 260475)
   drewholmes@quinnemanuel.com
4  Olga Slobodyanyuk (SBN 311194)
   olgaslobodyanyuk@quinnemanuel.com
5  QUINN EMANUEL URQUHART
     & SULLIVAN LLP
6  555 Twin Dolphin Dr., 5th Floor
   Redwood Shores, California 94065
7  Tel.:   (650) 801-5000
   Fax:   (650) 801-5100
8
   *Attorneys for Plaintiff*
9  *JUUL LABS, INC.*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUUL LABS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SHENZHEN AZURE TECH USA LLC F/K/A/ DS VAPING P.R.C.,<br><br>　　　　　Defendant. | Civil Action No. 2:20-cv-01402-TLN-DMC<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SHENZHEN AZURE TECH USA LLC F/K/A/ DS VAPING P.R.C.**<br><br>Hon. Troy L. Nunley |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

APPLICATION IS HEREBY MADE for the Clerk of the United States District Court for the Eastern District of California to enter the default of Defendant SHENZHEN AZURE TECH USA LLC F/K/A/ DS VAPING P.R.C. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend, as described in the accompanying Declaration of Victoria F. Maroulis of Failure to Plead or Otherwise Defend.

Dated: October 1, 2020

Respectfully submitted,

By: */s/ Victoria F. Maroulis*

Kevin P.B. Johnson (*pro hac vice forthcoming*)
Victoria F. Maroulis
Andrew M. Holmes (*pro hac vice forthcoming*)
Olga Slobodyanyuk (*pro hac vice forthcoming*)
QUINN EMANUEL URQUHART
   & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Tel.:   (650) 801-5000
Fax:   (650) 801-5100

*Attorneys for Plaintiff*
*JUUL LABS, INC.*