Kevin P.B. Johnson (SBN 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (SBN 202603)
victoriamaroulis@quinnemanuel.com
Andrew M. Holmes (SBN 260475)
drewholmes@quinnemanuel.com
Olga Slobodyanyuk (SBN 311194)
olgaslobodyanyuk@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Tel.:   (650) 801-5000
Fax:   (650) 801-5100

*Attorneys for Plaintiff*
*JUUL LABS, INC.*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUUL LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN AZURE TECH USA LLC F/K/A/ DS VAPING P.R.C., <br><br> Defendant. | Civil Action No. 2:20-cv-01402-TLN-DMC <br> _____ <br><br> **DECLARATION OF VICTORIA F. MAROULIS REGARDING DEFENDANT'S FAILURE TO PLEAD OR OTHERWISE DEFEND IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SHENZHEN AZURE TECH USA LLC F/K/A/ DS VAPING P.R.C.** <br><br> Hon. Troy L. Nunley |

I, Victoria F. Maroulis, declare as follows:

1. I am an attorney licensed to practice in the State of California, admitted before this court. I am a partner with the law firm Quinn Emanuel Urquhart and Sullivan, LLP, counsel for Plaintiff Juul Labs, Inc. I have personal knowledge of the matters set forth in this declaration, and if called as a witness I would testify competently to those matters.

2. On July 10, 2020 Plaintiff Juul Labs, Inc. filed a Complaint against Defendant SHENZHEN AZURE TECH USA LLC F/K/A/ DS VAPING P.R.C. ("Defendant"). (Dkt. 1.)

3. The Summons, Complaint, and other service materials were personally served on an individual, McKayla Sides, a representative of Defendant's Registered Agent, Northwest Registered Agent Inc., on July 14, 2020. (Dkt. 6.) McKayla Sides was over 18 years of age and authorized to accept service on behalf of Defendant. (Id.)

4. More than twenty-one days have passed since the Defendant was served with the Summons and Complaint, and the time allowed by law and specified in the Summons for the Defendant to serve and file an Answer has passed as well. (*Id.*)

5. The Defendant has failed to plead or otherwise respond in this action.

6. The Defendant is a California corporation, and accordingly, is neither an infant nor an incompetent person. (Dkt. 1 at 2.)

7. The Defendant is a California corporation, and accordingly, Defendant is not in the military service of the United States, and this Declaration is made in compliance with the Servicemembers Civil Relief Act. (*Id.*)

8. This Declaration is executed in accordance with Rule 55(a) of the Federal Rules of Civil Procedure for the purpose of enabling the Clerk of the United States District Court for the Eastern District of California to enter the default of the Defendant.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.

4
   Dated: October 1, 2020                    */s/ Victoria F. Maroulis*
5                                             Victoria F. Maroulis